

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2025

No. 04-25-00081-CV

**IN RE DWIGHT CAPITAL, LLC**

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

In accordance with the court's opinion of this date, relator Dwight Capital, LLC's petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. We ORDER the Honorable Rosie Alvarado to, no later than fifteen days from the date of this order, vacate the portions of the January 15, 2025 Order on Terravista's Motion to Compel that overrule relator Dwight Capital, LLC's objections to Requests for Production 48 and 49 and compel it to comply with those requests. The writ of mandamus will issue only in the event we are informed Judge Alvarado has failed to comply with this order.

We DENY the remainder of Dwight Capital's petition for writ of mandamus. We LIFT our February 12, 2025 stay.

It is so **ORDERED** on July 2, 2025.

---

[1] This proceeding arises out of Cause No. 2021-CI-06080, styled *Terravista Corporation, Terravista Partners, Ltd., Terravista Partners—Pecan Manor, Ltd., Terravista Partners—Roselawn, Ltd., Terravista Partners—Spanish Spur, Ltd., Terravista Partners—Westwood, Ltd., and Terravista Partners—Winston Square, Ltd. v. Dwight Capital, LLC, Dwight Bridge Fund, LLC, United Core Management, Inc., United Apartment Group Management, Inc., DBDK Venture I LP, DBDK SPE I LP, AMG Realty Group, LLC, and Adam Glickman*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Rosie Alvarado, presiding judge of the 438th Judicial District Court, signed the order at issue in this original proceeding.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court